# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON E. PELLUM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO POLICE DEPARTMENT,<br><br>　　　　　Defendant.<br>_____/ | CASE NO.   1:10-cv-1258 OWW SKO<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 2) |

Plaintiff is proceeding pro se in this action.  Plaintiff filed his complaint on July 15, 2010, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees and is, therefore, GRANTED.

IT IS SO ORDERED.

**Dated:     July 21, 2010**                                 **/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE