1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JASON E. PELLUM, | CASE NO. 1:10-cv-01258-OWW-SKO |
| | **ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT** |
| Plaintiff, | |
| v. | |
| FRESNO POLICE DEPARTMENT, | |
| Defendant. | |

Plaintiff Jason Pellum ("Plaintiff"), proceeding pro se and in forma pauperis, filed a civil rights action on July 15, 2010.

On September 2, 2010, the Court issued an order dismissing the complaint but granted Plaintiff thirty (30) days to file an amended complaint. This order was served on Plaintiff by mail on September 2, 2010. On September 15, 2010, the order served on Plaintiff was returned to the Clerk as undeliverable and unable to be forwarded.

Plaintiff is reminded that he must keep the Court informed of his current address. Local Rule ("L.R.") 182(f) provides the following, in relevant part:

> Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party. Absent such notice, service of documents at the prior

1   address of the attorney or pro se party shall be fully effective.

2   On November 15, 2010, Plaintiff filed a "Motion for Court Order." (Doc. 5.)  While it is

3   somewhat unclear, the document appears to be a request for a status update.  The document also

4   includes a new address for Plaintiff.  The Court will construe this as an attempt to update the Clerk

5   as to Plaintiff's current address.

6   Although service of the Court's September 2, 2010, order was fully effective pursuant to L.R.

7   182(f), the Court will grant Plaintiff an extension of time to file an amended complaint as Plaintiff

8   appears to have now updated his current address.

9   Accordingly, IT IS HEREBY ORDERED THAT:

10   1.   The Clerk of the Court is directed to serve Plaintiff, at the address noted in Doc. No.

11         5, with the September 2, 2010, order dismissing Plaintiff's complaint;

12   2.   Plaintiff shall file an amended complaint on or before December 22, 2010; and

13   3.   If Plaintiff fails to file an amended complaint, the Court will recommend that this

14         action be dismissed for failure to state a claim, failure to prosecute, and failure to

15         comply with a court order.

16

17   IT IS SO ORDERED.

18   **Dated:    November 18, 2010**                       **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

2