# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JASON E. PELLUM,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO POLICE DEPARTMENT,<br><br>Defendant.<br>_____ / | CASE NO. 1:10-cv-01258-OWW-SKO<br><br>**ORDER THAT PLAINTIFF SHOW CAUSE WHY ACTION SHOULD NOT BE RECOMMENDED FOR DISMISSAL OR FILE AN AMENDED COMPLAINT WITHIN 15 DAYS** |

Plaintiff Jason Pellum ("Plaintiff"), proceeding pro se and in forma pauperis, filed a civil rights action on July 15, 2010. On September 2, 2010, the Court issued an order dismissing the complaint but granted Plaintiff 30 days to file an amended complaint. (Doc. 4.) This order was served on Plaintiff by mail on September 2, 2010. On September 15, 2010, the order that was served on Plaintiff was returned to the Court as undeliverable and unable to forward to the address on file with the Court.

On November 15, 2010, Plaintiff filed a document that appeared to indicate a new address. (Doc. 5.) Although service of the Court's September 2, 2010, order was fully effective pursuant to L.R. 182(f), the Court granted Plaintiff an extension of time to file an amended complaint as Plaintiff appeared to have updated his current address. (Doc. 6.)

The extension of time Plaintiff was granted in which to file an amended complaint has expired. The Court orders Plaintiff to either: (1) show cause why the action should not be recommended for dismissal for failure to comply with the Court's November 19, 2010, order **or** (2) file an amended complaint within 15 days from the date of this order.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Clerk of the Court is directed to serve Plaintiff with the September 2, 2010, order dismissing Plaintiff's complaint and a copy of this order; and

2. Plaintiff shall:

   a. show cause in writing by filing a document with the Court stating why the action should not be recommended for dismissal for failure to comply with the Court's November 19, 2010, order; **or**

   b. file an amended complaint within 15 days from the date of this order.

IT IS SO ORDERED.

**Dated:   January 12, 2011**            /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE